1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MILES,<br><br>    Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JANUARY 1, 2006 MORGAN STANLEY ABS CAPITAL 1 TRUST 2006-NC1; HOMEQ SERVICING; NEW CENTURY MORTGAGE CORPORATION;<br><br>    Defendants.<br>_____ | Case No. EDCV 09-1177-VAP (AGRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of January 1, 2006, Morgan Stanley, ABS Capital 1 Trust 2006-NC1 d/b/a Homeq Servicing erroneously sued as Homeq Servicing Corporation  is

1 | DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment
2 | be entered.

Dated:  July 14, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge