**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 09-1177-VAP (AGRx)                                 Date: July 24, 2009

Title:   JOHN MILES -v- DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JANUARY 1, 20056 MORGAN STANLEY ABS CAPITAL 1 TRUST 2006-NC1; HOMEQ SERVICING; NEW CENTURY MORTGAGE CORPORATION; and DOES 1 through 250, inclusive
==========================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                               None Present
    Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                      None

PROCEEDINGS:    CLOSING (IN CHAMBERS)

☐    Case previously closed in error.  Make JS-5.

X    Case should have been closed on entry dated   <u>July 15, 2009</u>                         .

☐    Case settled but may be reopened if settlement is not consummated within ___ days. Make JS-6.

☐    Other _____
           _____.

X    Entered   <u>JS-6</u>                 .

CV-74 (08/97)                                                                                                  Initials of Deputy Clerk <u>md</u>